**UNITED STATES COURT OF INTERNATIONAL TRADE**      **FORM 3**

M S INTERNATIONAL, INC.,

                Plaintiff,

   v.

UNITED STATES,

               Defendant**.**

**C I T  N o .  2 0 - 0 0 1 3 9**

**S U M M O N S**

**TO:**   The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



                                                  **/s/ Mario Toscano**
                                                  Clerk of the Court

1. Plaintiff M S International, Inc. ("MSI") is a U.S. importer of Certain Quartz Surface Products ("QSPs") From Turkey. MSI participated in the investigation that is the subject of this action through submissions of argument and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A). MSI has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

(Name and standing of plaintiff)

2. MSI contests certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its countervailing duty ("CVD") investigation of QSPs from Turkey, Case No. C-489-838.

(Brief description of contested determination)

3.   May 1, 2020 (ITA CVD Final Determination); June 22, 2020 (CVD Order)
     (Date of determination)

4. <u>May 1, 2020 (85 Fed. Reg. 25,400) (ITA CVD Final Determinations); June 22, 2020 (85 Fed. Reg. 37,431) (CVD Order)</u>
   (If applicable, date of publication in Federal Register of notice of contested determination)

          Respectfully submitted,

          <u>/s/ Jonathan T. Stoel</u>
          Jonathan T. Stoel
          Jared R. Wessel
          Nicholas R. Sparks

          HOGAN LOVELLS US LLP
          Columbia Square
          555 Thirteenth Street, N.W. Washington, DC 20004-1109
          (202) 637-6634
          jonathan.stoel@hoganlovells.com

          *Counsel to M S International, Inc.*

Date: July 20, 2020